HARVEY P. SACKETT (72488)

**SACKETT
AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, California 94104-5401
Telephone: (408) 295-7755
Facsimile:  (408) 295-7444
Email: hps@sackettlaw.com

Attorney for Plaintiff

HPS/as

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DIANA FLORES DIAZ, | ) Case No.: 5:25-cv-02907-FMO-ACCV |
| | ) |
| Plaintiff, | ) [PROPOSED] ORDER FOR THE |
| | ) AWARD AND PAYMENT OF |
| v. | ) ATTORNEY FEES PURSUANT TO |
| | ) THE EQUAL ACCESS TO JUSTICE |
| | ) ACT, 28 U.S.C. § 2412(d) |
| FRANK BISIGNANO, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

Based upon the parties' Stipulation for Award and Payment of Attorney Fees Pursuant to the Equal Access to Justice Act, IT IS ORDERED that fees in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARDS AND ZERO CENTS ($4,700.00), as authorized by 28 U.S.C. § 2412(d), be awarded subject to the terms of the stipulation. Defendant shall also reimburse Plaintiff $405.00 in costs for the filing fee to commence this action. Fees shall be made payable to Harvey P. Sackett ("Counsel"), in the event that Plaintiff does not owe a federal debt.

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO
THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)

Dated:  04/29/2026  

_____
HON. ANGELA C.C. VIRAMONTES
United States Magistrate Judge

SACKETT
AND ASSOCIATES
A PROFESSIONAL LAW CORP.
548 Market Street, Suite 38822
San Francisco, CA 94104-5401
(628) 204-4644
(408) 295-7755

2

[PROPOSED] ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)